IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT WILLIAM KRIEG,

    Petitioner,

v.

BRIAN BELLEQUE,

    Respondent.

Civ. No. 08-1505-CL

**OPINION AND ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude that the R and R is correct.

**CONCLUSION**

    Magistrate Judge Clarke's Report and Recommendation (#33) is

1 - OPINION AND ORDER

adopted.  The petition (#2) is denied and this action is dismissed. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(2).

    IT IS SO ORDERED.

    DATED this __27__ day of December, 2010.

                                         */s/ Owen M. Panner*
                                         OWEN M. PANNER
                                         U.S. DISTRICT JUDGE